AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 22-MJ-4086-MWP |
| David Jakubonis | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The United States of America.

Date: 07/27/2022

S/Sean C. Eldridge
*Attorney's signature*

Sean C. Eldridge, AUSA
*Printed name and bar number*

100 State Street
Suite 500
Rochester, New York 14614
*Address*

Sean.Eldridge@usdoj.gov
*E-mail address*

(585) 399-3953
*Telephone number*

(585) 399-3920
*FAX number*