IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

DAVID G. JAKUBONIS,

            Defendant.

22-MJ-4086-MWP

**INFORMATION**
**(Misdemeanor)**

**Violation:**
18 U.S.C. § 351(e)

(1 Count)

## COUNT 1

**(Assaulting a Federal Official)**

**The United States Attorney Charges That:**

On or about July 21, 2022, in the Western District of New York, the defendant, DAVID G. JAKUBONIS, did willfully assault Lee Zeldin, a member of the United States Congress.

**All in violation of Title 18, United States Code, Section 351(e).**

DATED: Rochester, New York, September 27, 2023.

                              TRINI E. ROSS
                              United States Attorney
                              Western District of New York

BY:    _____
                              SEAN C. ELDRIDGE
                              Assistant United States Attorney
                              United States Attorney's Office
                              Western District of New York
                              100 State Street, Suite 500
                              Rochester, New York 14614
                              (585) 399-3953
                              Sean.Eldridge@usdoj.gov