

Hon. John L DeMarco (Ret.)*
Kyle D. Taylor, Esq.

*New York State Acting Supreme Court Justice (2011-2019)
*Monroe County Court Judge (2010-2019)
*Justice Town of Irondequoit (2001-2009)

**Of Counsel:**
Paul Guerrieri, Esq.
William J. MacDonald, Esq.
Lovely A. Warren, Esq.†
Melissa Wells-Spicer, Esq.

†Mayor City of Rochester (2014-2021)

November 21, 2023

vía email: Marian_payson@nywd.uscourts.gov and cathy_marr@nywd.uscourts.gov

**Magistrate Judge Marian W. Payson**
**US Magistrate WDNY 100 State St.**
**Rochester NY 14614**

**Re; USA v. Jakubonis 22-mj-04086**

Your Honor, Counsel and Ms. Rider

The Defense has no objections to the content PSR dated November, 2023.

Respectfully submitted,

John L. DeMarco, Esq.

**cc: Sean Eldridge**

**via email: Sean.eldridge@usdoj.gov**

**cc: Jessica Rider**

**via email: Jessica_Rider@nywp.uscourts.gov**