# United States District Court
## For
## The Western District of New York

## Court Order

Date:  December 14, 2023

Defendant's Name: David G. Jakubonis          Docket Number:  6:22-MJ-4086

Honorable Marian W. Payson, U.S. Magistrate Judge

---

THE COURT ORDERS:

- ☑ No Action at this time to allow Probation and defendant's treatment providers to work collaboratively with the defendant.
- ☐ The Issuance of a Warrant
- ☐ The Issuance of a Summons
- ☐ Other

*Marian W. Payson*
Signature of Judicial Officer

December 14, 2023
Date